JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-07901-RGK-JPR | Date | December 22, 2020 |
|---|---|---|---|
| Title | *Anthony Udom v. Volunteer of America et al* | | |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   **(IN CHAMBERS) Order of Dismissal**

On August 27, 2020, Plaintiff filed a civil-rights Complaint without paying the filing fee or requesting in forma pauperis ("IFP") status. On September 4, 2020, the Court ordered Plaintiff to submit an IFP application with the necessary accompanying documents (or pay the filing fee) and warned Plaintiff that if he did not do so within 30 days, his lawsuit would be dismissed.

On October 14, Plaintiff requested an update on the status of his case, apparently not having received the September 4 order. On October 22, 2020, the Honorable United States Magistrate Judge Jean P. Rosenbluth issued an order directing the clerk's office to re-serve Plaintiff with a copy of the September 4 Order and extending Plaintiff's deadline to file for IFP status until November 23, 2020. Plaintiff has failed to move for IFP status or to pay the filing fee.

Accordingly, the Court **DISMISSES** Plaintiff's complaint for failure to comply with a Court Order.

**IT IS SO ORDERED.**

|   | : |
|---|---|
| Initials of Preparer | jre |